# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RAY M. HARRISON,
        Plaintiff(s),

v.

GRATIOT COMMUNITY CREDIT UNION,
        Defendant(s).
                               /

CASE NUMBER: 09-12686

HONORABLE MARIANNE O. BATTANI

MAGISTRATE JUDGE PAUL J. KOMIVES

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to **09-12666**. Pursuant to **Local Rule 83.11**, the Clerk is directed to reassign this case to the docket of the HONORABLE JOHN CORBETT O'MEARA AND DONALD A. SCHEER.

                                                s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                UNITED STATES DISTRICT JUDGE


                                                s/JOHN CORBETT O'MEARA
                                                UNITED STATES DISTRICT JUDGE

---

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Please indicate the appropriate case type: **[CIVIL]**.

      If the District Judge assigned to the companion case is located at another place of holding court, the new case number is _____.


Date:  September 3, 2009                                       S/ S Schoenherr
                                                                            Deputy Clerk

cc:   Counsel of Record
       Receiving Judge